UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD SATISH EMRIT,

    Plaintiff,

v.

SABINE AISHA JULES,

    Defendant.

_____/

Case No. 1:23-cv-733

Hon. Hala Y. Jarbou

## ORDER

On July 19, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the case be dismissed for improper venue (ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. Rather than file objections to the R&R, the Plaintiff filed a notice of interlocutory appeal "to the Seventh Circuit Court of Appeals in Chicago, Illinois." (Notice of Appeal, ECF No. 7, PageID.37.) In the notice, Plaintiff fails to raise any objections to the Magistrate Judge's recommendation that the case be dismissed for improper venue. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that it is not in the interest of justice to transfer this lawsuit to any other district pursuant to 28 U.S.C. § 1406(a).

**IT IS FURTHER ORDERED** that the case is **DISMISSED** for improper venue.

2

A judgment will issue in accordance with this order.

Dated: August 9, 2023                            /s/ Hala Y. Jarbou
                                                 HALA Y. JARBOU
                                                 CHIEF UNITED STATES DISTRICT JUDGE